Max E. Friese, as Administrator of the Estate of Karl William Friese, Deceased, Respondent, v. Port Chester Street Railway Company, Appellant.

*Friese* v. *Portchester Street Ry. Co.,* 79 App. Div. 636, appeal dismissed. (Submitted April 27, 1903; decided May 5, 1903.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to hear the appeal.

*Michael J. Tierney* for motion.

*Frederick W. Sherman* opposed.

Motion granted, with costs in this court and ten dollars costs of motion.

---

Robert Avery, Respondent, v. William B. Kirk et al., Appellants.

*Avery* v. *Allen,* 78 App. Div. 540, appeal dismissed. (Submitted April 27, 1903; decided May 5, 1903.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered September 10, 1902, which reversed an order of Special Term granting a motion for change of venue.

The motion was made on the ground that the Court of Appeals had no jurisdiction to review such order.

*Joseph J. Myers* for motion.

No one opposed.

Motion granted, with costs in this court and ten dollars costs of motion.